IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

THE HANOVER INSURANCE COMPANY,

    Plaintiff,

vs.                                                         CASE NO. 5:11cv155/RS-EMT

GULF COAST COMMUNITY COLLEGE,

    Defendant.
_____/

## ORDER

Before me is Gulf Coast Community College's Motion To Dismiss Complaint For Declaratory Relief (Doc. 10). Plaintiff has not filed a response. N.D. Fla. Loc. R. 7.1(C)(1) provides, "Failure to file a responsive memorandum may be sufficient cause to grant the motion. Plaintiff's Complaint is dismissed.

Plaintiff's suit against Defendant is barred by the Eleventh Amendment because Defendant is an arm of the State of Florida. *See, Williams v. District Board of Trustees of Etison Community College, Florida*, 421 F.3d 1190 (11th Cir. 2005).

**ORDERED** on August 31, 2011.

    /S/ Richard Smoak
    **RICHARD SMOAK**
    **UNITED STATES DISTRICT JUDGE**