IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**THE HANOVER INS. CO.,**

    **Plaintiff,**

vs.                                         **CASE NO. 5:11-cv-155/RS-EMT**

**GULF COAST COMMUNITY COLLEGE,**

    **Defendant.**
_____/

## **ORDER**

Before me is the Emergency Motion to Vacate Dismissal (Doc. 16). Plaintiff has not complied with N.D. Fla. Loc. R. 7.1(B). However, in the interest of time, Defendant shall respond to the motion not later than September 8, 2011.

**ORDERED** on September 1, 2011.

                                                /S/ Richard Smoak
                                                **RICHARD SMOAK**
                                                **UNITED STATES DISTRICT JUDGE**